# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-01379-RFB-NJK<br><br>**ORDER**<br>[Docket No. 7] |

Pending before the Court is Plaintiff's motion for second attempt of service. Docket No. 7. For good cause shown, that motion is **GRANTED**.

Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[1] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the service deadline is **EXTENDED** to March 22, 2023.

IT IS SO ORDERED.

Dated: January 11, 2023

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.