Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. ET AL,<br><br>　　　　Defendants. | Case No. 2:22-cv-01379-RFB-NJK<br><br>**JOINT STATUS REPORT**<br>**AND**<br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**<br><br>**[First Request]** |

　　　　Pursuant to Local Rule IA 6-1, Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff, Valerie McDonald, stipulate and agree to an additional thirty (30) days to complete the settlement paperwork and file a Stipulation of Dismissal, making the new deadline to file the Stipulation of Dismissal to be April 10, 2023.

　　　　This is the parties' first request for an extension of time to file the Stipulation of Dismissal. The parties have been diligently working to complete the settlement paperwork. Settlement paperwork has been prepared and circulated, and the parties are in the process of resolving any concerns or questions regarding such paperwork. This requested extension is not intended to cause

any delay but to complete the necessary settlement paperwork prior to filing a Stipulation of Dismissal. As such, good cause exists to grant the requested extension.

**IT IS SO STIPULATED.**

DATED this 8th day of March 2023.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Experian Information Solutions, Inc.*

By: */s/ Valerie McDonald*
Valerie McDonald
9004 In Vogue Court
Las Vegas, NV 89149

*Plaintiff*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of March, 2023.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2