# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No. 2:22-cv-01379-RFB-NJK<br><br>**Order** |

On February 6, 2023, Plaintiff filed a notice that a settlement had been reached as to all claims against Defendant Experian. Docket No. 10. On Mach 21, 2023, Plaintiff filed a motion to withdraw the notice of settlement and a motion seeking leave to file an amended complaint. Docket Nos. 16-17. Defendant has not responded to either motion, nor has it filed a motion to enforce settlement. Defendant is hereby ORDERED to file a response to these motions explaining its opposition or non-opposition by May 1, 2023.

IT IS SO ORDERED.

Dated: April 24, 2023

                                                             Nancy J. Koppe
                                                             United States Magistrate Judge