# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VALERIE MCDONALD,

    Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant(s).

Case No. 2:22-cv-01379-RFB-NJK

**Order**

[Docket Nos. 16-17]

In light of the renewed notice of settlement, Docket No. 19, the earlier motion to withdraw (Docket No. 16) and motion to amend (Docket No. 17) are **DENIED** as moot. Dismissal papers must be filed by May 31, 2023.

IT IS SO ORDERED.

Dated: May 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1