# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br>  Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS INC.,<br>  Defendant(s). | Case No. 2:22-cv-01379-RFB-NJK<br>**Order**<br>[Docket No. 24] |

Pending before the Court is Plaintiff's motion to seal her application to proceed *in forma pauperis* that has been on the public docket for two years now. Docket No. 24; *see also* Docket No. 1 (application to proceed *in forma pauperis*).

There is a strong presumption in favor of the public's access to judicial filings. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Documents filed in relation to a non-dispositive matter may not be sealed absent a particularized showing of good cause. *Id.* at 1180.[1]

While some financial information (such as an account number) warrants secrecy, *see, e.g.*, Fed. R. Civ. P. 5.2(a)(4), the Court has not located any such information in the underlying filing. Even more significantly, the filing has already been on the public docket for two years and the Court lacks the power to make secret information that is already public. *See, e.g.*, *Victory Sports & Entertainment, LLC v. Pedraza*, 2019 WL 2578767, at *2 (D. Nev. June 24, 2019) (collecting cases).

---

[1] The fact that a sealing request may be unopposed does not automatically result in it being granted because the Court is tasked with protecting the public's interest in transparency. *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *1 n.1 (D. Nev. July 19, 2022).

1

1  Accordingly, the Court **DENIES** the motion to seal.

2  IT IS SO ORDERED.

3  Dated: December 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2